| STATE OF WISCONSIN | CIRCUIT COURT | MONROE COUNTY |
|---|---|---|

MICHAEL B. KINGSLEY
WISCONSIN RESOURCE CENTER
P.O. BOX 220
WINNEBAGO, WI 54984-0220

    Plaintiff,

vs.                                                                 Case No. 13-CV-141

KEVIN RADDATZ
210 WEST OAK STREET
SPARTA, WI 54656

    Defendant

### SUMMONS

THE STATE OF WISCONSIN, To each named person above named as a Defendant:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached states the nature and basis of the legal action.

Within (20) days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the complaint. The Court may reject or disregard an answer that does not follow the requriements of the statutes. The answer must be sent or delivered to the Court, whose address is 112 South Court Street Room 203 Sparta Wisconsin, and to the Plaintiff Michael B. Kingsley's address, Wisconsin Resource Center, P.O. BOX 220, Winnebago, WI 54985. You may have an attorney help or represent you.

If you do not provide a proper answer within (20) days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may be come a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 17TH day of May, 2013

                                                      Michael B. Kingsley
                                                      Wisconsin Resource Center
                                                      P.O. BOX 220
                                                      Winnebago, WI 54985-0220



EXHIBIT A

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | MONROE COUNTY |

MICHAEL B. KINGSLEY,
    Plaintiff,

vs.

Case No. 13CV141
Case Classification Code 30703

KEVIN RADDATZ,
    Defendant,

COMPLAINT UNDER THE CIVIL RIGHTS
ACT 42 U.S.C. § 1983

FILED
MAY 0 6 2013
CLERK OF CIRCUIT COURT
MONROE COUNTY WISCONSIN

## INTRODUCTION

This is a Civil Rights action filed by Michael B. Kingsley a state prisoner Pro Se, for damages under 42 U.S.C. § 1983, alleging excessive use of force in violation of the 4th, 14th Amendment to the United States Constitution, and Article I Section 1 of the Wisconsin Constitution.

## JURISDICTION

1. This Court has jurisdiction over Kingsley's claim of violations of his Federal and State Constitutional Rights under 42 U.S.C. § 1331(1) and Wis. Stat. § 801.04(1)

## PARTIES

The plaintiff Michael B. Kingsley ("Kingsley"), was a pretrial detainee at the Monroe County Jail ("MCJ"), in Sparta, Wisconsin, during the events described in this complaint.

3. The defendant Kevin Raddatz ("Raddatz") is a Deputy for the MCJ in Sparta, Wisconsin, he is sued in his individual and official capacities.

4. Raddatz was acting, and continues to act under color of state law at all times relevant to this complaint.

## FACTS

5. On September 25, 2011, Kingsley was top-locked (confined to a general population cell at MCJ.)

6. On September 25, 2011, at about 7:30am Raddatz approached Kingsley's housing cell.

7. Raddatz awoke Kingsley and asked if he had an extra mattress, and Kingsley stated he did.

8. Raddatz told Kingsley he needed the mattress. Kingsley asked if he would come back later to get the mattress. Raddatz told Kingsley no and he needed the mattress now.

9. Kingsley got up out of bed and removed the extra mattress, and in a sliding tossing motion gave the mattress to Raddatz.

10. Raddatz, without warning pounced on Kingsley. Kingsley fell backwards on the cell bed, and Raddatz was on top of him. Raddatz then punched Kingsley in the neck causing him serious pain and discomfort.

11. Raddatz then placed Kingsley in an arm bar hold and took him to a receiving/segregation cell.

12. Shortly after these events Kingsley was taken to Sparta Hospital-Franciscan Healthcare and was diagnosed with a contusion in his neck. Kingsley was provided with pain medication and was returned to the jail.

13. Kingsley has exhausted all remedies with respect to all claims in this matter.

FILED
MAY 0 6 2013
CLERK OF CIRCUIT COURT
MONROE COUNTY WISCONSIN

### CLAIMS FOR RELIEF

14. The actions of Raddatz in using physical force against Kingsley without need was unreasonable in light of the facts and circumstances in violation of the United States and Wisconsin Constitutions'

WHEREFORE, Kingsley requests the Court grant the following relief:

A. Issue a declaratory judgment stating that:

1. The physical abuse of Kingsley by Raddtz violated Kingsley's Rights under the 4th, 14th Amendments to the United States Constitution and Article I section 1 of the Wisconsin Constitution.

B. A trial by Jury.

C. Award compensatory damages in the following amount:

1. $20,000 Jointly and severally against Raddatz for the physical and emotional injuries and pain suatained as a result of the use of excessive force on Kingsley.

D. Award punitive damages in the follwing amount:

    1. $20,000 against Raddatz for punishment, including deprivation of liberty and amenity.

    E. Grant such other relief as it may appear Kingsley is entitled.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of April, 2013,

                                               Michael B. Kingsley Pro Se

FILED
MAY 0 6 2013
CLERK OF CIRCUIT COURT
MONROE COUNTY WISCONSIN

-3-