IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MICHAEL B. KINGSLEY,

                               Plaintiff,

     v.

KEVIN RADDATZ,

                               Defendant.

ORDER

13-cv-432-bbc
_____

      Plaintiff Michael Kingsley, an inmate at the Wisconsin Resource Center in Winnebago, Wisconsin filed this case originally in the Circuit Court for Monroe County, Wisconsin. On June 19, defendant removed this action to this court pursuant to 28 U.S.C. §§ 1441 and 1446 and paid the $400 filing fee. However, because plaintiff is a prisoner, he is subject to the 1996 Prison Litigation Reform Act. Under the act, a plaintiff cannot proceed with this action unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C.§ 1915A.

      Accordingly, IT IS ORDERED that plaintiff Michael Kingsley's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C.§ 1915A to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. The parties will be notified promptly when such a decision has been made. In the meantime,

if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on his communication.

Entered this 19th day of June, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge