IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL B. KINGSLEY,

                                              ORDER

                Plaintiff,

                                              13-cv-432-bbc

      v.

KEVIN RADDATZ,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated September 22, 2014, I amended the trial date in this case to give plaintiff Michael B. Kingsley an opportunity to collect his case file from the lawyer he had just fired, and I ordered plaintiff to notify the court no later than December 1, 2014 of his intention to proceed to trial on December 8, 2014. I warned him that failure to follow this instruction would result in dismissal of this case, and I further reminded plaintiff of the requirement to notify the court in orders dated October 29, 2014 and November 7, 2014. On December 1, 2014, plaintiff called the clerk of court and stated that he wished to proceed to trial. Although plaintiff was instructed to provide notice of his intent to proceed in writing, I will accept this notification and allow plaintiff to proceed.

      Plaintiff is reminded that the December 8 trial date is firm. He will not receive any

1

extensions of time, continuances or amendments to the scheduling order. Any arguments about difficulties preparing for trial could have been raised during the two months this case has been delayed and thus have been waived.

Plaintiff is instructed to arrive at the Robert W. Kastenmeier United States Courthouse at 120 North Henry Street, Madison, Wisconsin, no later than 8:15 on the morning of December 8, 2014. The final pretrial conference will be held at 8:30 am, and jury selection will begin at 9:00 am. Plaintiff is responsible for his own transportation. If plaintiff has not arrived at the courthouse by 8:30 am on December 8, 2014, it is probable that he will not be permitted to proceed and his case will be dismissed.

Entered this 2nd day of December, 2014.

                                            BY THE COURT:

                                            /s/

                                            BARBARA B. CRABB
                                            District Judge