IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL B. KINGSLEY,

                  Plaintiff,

v.

KEVIN RADDATZ,

                  Defendant.

SPECIAL VERDICT

13-cv-432-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We, the jury, for our special verdict, find as follows:

Question No. 1: On September 25, 2011, did defendant Kevin Raddatz use excessive force against plaintiff Michael Kingsley?

                  __No  No__

                  ("Yes" or "No")

If you answered "No" to Question No. 1, stop and do not answer any more questions.

If you answered "Yes" to Question No. 1, answer Question No. 2.

Question No. 2: What amount of money, if any, will fully and fairly compensate plaintiff for the harm caused by defendant?

                  $_____

1

No matter how you answered Question No. 2, answer Question No. 3.

Question No. 3: Did defendant act in a way that demonstrated a willful or reckless disregard for plaintiff's rights?

_____

("Yes" or "No")

If you answered "No" to Question No. 3, stop and do not answer any more questions.

If you answered "Yes" to Question No. 3, answer Question No. 4.

Question No. 4: What amount of money, if any, do you award as punitive damages?

$_____

_____
Presiding Juror

Madison, Wisconsin

Date: 8 Dec 14