IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

        Plaintiff,                  JUDGMENT IN A CIVIL CASE

v.                                   Case No. 13-cv-432-bbc

KEVIN RADDATZ,

        Defendant.

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kevin Raddatz and this case is dismissed.

Approved as to form this 9th day of December, 2014.

*Barbara B. Crabb*
Barbara B. Crabb,
District Judge

*Peter Oppeneer*        12/9/14
Peter Oppeneer, Clerk of Court    Date